UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

        v.

LAMBKA AND RENFROE, et al.,

        Defendants.

_____/

NO. CIV. S-04-1751 FCD/GGH

**ORDER RE: SETTLEMENT AND
DISPOSITION**

     Pursuant to the representations of Voluntary Dispute Resolution Neutral appointed in the above action the court has determined that this case has settled.

     In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before July 25, 2005.   All dates set in this matter are hereby VACATED.

     **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

     IT IS SO ORDERED.

Dated: June 20, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge