1  WILLIAM R. TAMAYO – #084965 (CA)
   JONATHAN T. PECK -- #12303 (VA)
2  EVANGELINA FIERRO HERNANDEZ -- #168879 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY
3    COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, California  94105
5  Telephone:     (415) 625-5622
   Facsimile:      (415) 625-5657
6
7  Attorneys for Plaintiff Equal Employment Opportunity Commission

8

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12 **EQUAL EMPLOYMENT OPPORTUNITY**   )   Civil Action No. CIV-S-04-1751 FCD GGH
   **COMMISSION,**                    )
13                                    )
                  Plaintiff,           )   STIPULATION FOR ORDER
14                                    )   DISMISSING DYNACO, INC.
   v.                                 )
15                                    )
   **LAMBKA & RENFROE L.L.C., d/b/a/** )
16 **PERKO'S CAFÉ and DYNACO, INC.,**  )
                                       )
17                Defendants.          )
                                       )
18 _____    )

19

20 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Equal Employment Opportunity

21 Commission and defendant Dynaco, Inc. stipulate that this action and all the claims, issues, and

22

23 allegations that plaintiff asserted or could have asserted in it are and shall be **DISMISSED WITH**

24 **PREJUDICE**.

25 Each party shall pay its own attorneys' fees and costs.

26

27
   **Stipulation to Dismiss Dynaco, Inc.**
   **Civil Action No. CIV-S-04-1751 FCD GGH**

                              Page 1

1  Respectfully submitted,

2

3  DATED: _____, 2005                    By_____
                                              WILLIAM TAMAYO
                                              U.S. EQUAL EMPLOYMENT
4                                             OPPORTUNITY COMMISSION
                                              San Francisco District Office
5                                             350 The Embarcadero, Suite 500
                                              San Francisco, California  94105
6

7

8  DATED: _____, 2005                    By_____
                                              JONATHAN PECK
                                              U.S. EQUAL EMPLOYMENT
9                                             OPPORTUNITY COMMISSION
                                              San Francisco District Office
10                                            350 The Embarcadero, Suite 500
                                              San Francisco, California  94105
11

12

13  DATED: _____, 2005                   By_____
                                              EVANGELINA FIERRO HERNANDEZ
                                              U.S. EQUAL EMPLOYMENT
14                                            OPPORTUNITY COMMISSION
                                              San Francisco District Office
15                                            350 The Embarcadero, Suite 500
                                              San Francisco, California  94105
                                              Telephone:   (415) 625-5622
16                                            Facsimile:   (415) 625-5657

17

18  DATED: \_\_\_\_\_, 2005                    By_____
                                              **THOMAS NAST**
19                                            **DYNACO, INC.**
                                              **2246 E. Date Avenue**
20                                            **Fresno, CA 93706**
                                              **Telephone:   (559) 485-8520**
21                                            **Fascimile:    (559) 485-3704**

22

23

24  APPROVED AND SO ORDERED:

25  DATED: August 1, 2005

26  /s/ Frank C. Damrell Jr. \_\_\_\_\_
    U.S. District Judge
27

**Stipulation to Dismiss Dynaco, Inc.**
**Civil Action No. CIV-S-04-1751 FCD GGH**